UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRINCETERENCE FREDERICK
MADISON,

      Plaintiff,

v.

                                  Civil Case No. 19-13747
                                  Honorable Linda V. Parker

EMPIRE FIRE AND MARINE
INSURANCE COMPANY,

      Defendant.
_____/

**<u>AMENDED OPINION AND ORDER GRANTING PLAINTIFF'S
COUNSEL'S MOTION TO WITHDRAW [ECF NO. 7]</u>**

Counsel for Plaintiff, Lawrence Aniss Kayj and Kajy Law Firm, PLLC ("Counsel"), filed a motion to withdraw as counsel on February 14, 2020. (ECF No. 7.) According to Counsel, there has been a total breakdown of the attorney-client relationship. (*Id.*) This Court issued an order on March 13, 2020, scheduling a telephonic conference at 11:30 a.m. on March 26, 2020, to address Counsel's motion.[1] (ECF No. 10.) The order also instructed Plaintiff to attend by phone. As also instructed in the order, Counsel attempted to serve Plaintiff in person and by mail with a copy of the order and Counsel's motion; however, the

---

[1] The Court originally scheduled an in-person motion hearing for March 25, 2020 (ECF No. 8), but converted it to a telephonic conference due to COVID-19.

1

mailings were returned to Counsel as undeliverable and Plaintiff could not be located personally at three addresses. (ECF No. 11.)

Plaintiff failed to appear at the telephonic conference  Defendant does not oppose Counsel's motion. (ECF No. 9.)

The Court finds good cause for Counsel to withdraw its representation of Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Counsel's Motion to Withdraw is hereby **GRANTED** and the Clerk of the Court shall terminate Counsel from the docket;

**IT IS FURTHER ORDERED** that the proceedings in this matter are stayed for a period of thirty (30) days from the date of this Order for Plaintiff to obtain substituted counsel if he desires. If Plaintiff retains new counsel in that period, counsel shall file an appearance on the docket. After such period, this matter will move forward, whether Plaintiff is proceeding with newly attained counsel or pro se;

**IT IS FURTHER ORDERED** that Plaintiff's Counsel shall serve a copy of

this Order on Plaintiff and must file a proof of service with the Court.

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: March 26, 2020